UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARVEN R. C.,[1] an Individual,<br><br>Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI[2], Acting Commissioner of Social Security,<br><br>Defendant. | Case No.: 2:21-05353 JLS (ADS)<br><br><br>JUDGMENT |

Pursuant to the Court's Memorandum Opinion and Order, the decision of the

---

[1] Plaintiff's name has been partially redacted in compliance with Federal Rule of Civil Procedure 5.2(c)(2)(B) and the recommendation of the Committee on Court Administration and Case Management of the Judicial Conference of the United States.

[2] The Complaint, and thus the docket caption, do not name the current Acting Commissioner.  The parties list Andrew M. Saul as the Commissioner in the Joint Stipulation.  On July 9, 2021, Kilolo Kijakazi became the Acting Commissioner of Social Security.  Thus, he is automatically substituted as the defendant under Federal Rule of Civil Procedure 25(d).

1  Commissioner of Social Security is vacated and the matter is remanded to the
2  Commissioner for further proceedings consistent with the Memorandum Opinion and
3  Order.

5  DATED:  February 1, 2023

JOSEPHINE L. STATON
6  THE HONORABLE JOSEPHINE L. STATON
United States District Judge