STUART T. BARASCH, ESQ.
Of Counsel, Olinsky Law Group
P.O. Box 961719
El Paso, TX 79996
Telephone: (213) 621-7622
Facsimile: (213) 402-2261
Email: Stuartbarasch@gmail.com

Attorney for Plaintiff, Arven R. Cada

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

ARVEN R. CADA,

                    Plaintiff,      CASE NO.: 2:21-cv-05353-JLS-ADS

   -v-

KILOLO KIJAKAZI, Acting
Commissioner of Social Security,

                   Defendant.

## ORDER AWARDING ATTORNEY'S FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412 (d)

Before the Court is a Stipulation for Attorney's Fees pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d). Based on the stipulation of the parties and recognizing Plaintiff's waiver of direct payment and assignment of EAJA to his counsel,

IT IS HEREBY ORDERED that **attorney fees and expenses** in the amount of Five Thousand Eight Hundred Dollars ($5,800.00) pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d) and costs in the amount of Four Hundred Two Dollars ($402.00) pursuant to 28 U.S.C. § 1920 are awarded to Plaintiff.

If the U.S. Department of the Treasury determines that Plaintiff's EAJA fees, expenses, and costs are not subject to offset allowed under the Department of the Treasury's Offset Program (TOPS), then the check for EAJA fees, expenses, and costs may be made payable to Olinsky Law Group at:

250 South Clinton St., Suite 210,
Syracuse, NY 13202

So ordered.

Date:   May 2, 2023                         /s/ Autumn D. Spaeth
                                            Autumn D. Spaeth
                                            United States Magistrate Judge

Order

2